**Opinion filed August 24, 2023**



## In The

# Eleventh Court of Appeals

_____

## No. 11-23-00121-CV

_____

## SBA COMMUNICATIONS CORP., Appellant,

## V.

## QUALYAN MOORE, Appellee

**On Appeal from the 35th District Court**
**Brown County, Texas**
**Trial Court Cause No. CV2010443**

### M E M O R A N D U M   O P I N I O N

Appellant has filed in this court an unopposed motion to dismiss this accelerated appeal. In the motion, Appellant states that it no longer desires to pursue the appeal, and that it "voluntarily seeks dismissal because Appellee dismissed with prejudice his claims against Appellant." In accordance with Appellant's request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

We note that Appellant requests that the "costs [be] borne by the party that incurred them." While Appellant's motion contains a certificate of conference that states that it has conferred with opposing counsel, who is "unopposed to the relief sought in this motion," it does not indicate whether an agreement has occurred with

respect to the assessment of costs. Absent an agreement by the parties, however, costs involving a voluntary dismissal shall be taxed against the appellant. *Id.* R. 42.1(d). Therefore, costs of this appeal are taxed against Appellant.

Appellant's motion to dismiss is granted, and the appeal is dismissed.


JOHN M. BAILEY

CHIEF JUSTICE


August 24, 2023

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.